# UNITED STATES DISTRICT COURT

for the

District of Maryland

USDC- GREENBELT
'26 JAN 16 AM11:55

Division

Camara Shackleford

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Consumer Legal Group P.C, Aryeh Weber, Jack Gross and Jason Rebhun d/b/a "Tenants Counsel Network" "Legal Processing" "Legal Fees"

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. CJC 26 CV 00167
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Camara Shackleford |
| Street Address | 323 Torner Rd |
| City and County | Essex |
| State and Zip Code | MD 21221 |
| Telephone Number | 443-992-9422 |
| E-mail Address | camara.shack@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Consumer Legal Group PC |
| Job or Title *(if known)* | |
| Street Address | 1 Liberty Plaza, STE 401 |
| City and County | New York |
| State and Zip Code | NY 10006 |
| Telephone Number | 212-920-1247 |
| E-mail Address *(if known)* | support@consumerlegalgroup.com |

Defendant No. 2

| | |
|---|---|
| Name | Aryeh Weber |
| Job or Title *(if known)* | Principal Attorney |
| Street Address | 1 Liberty Plaza, STE 401 |
| City and County | New York |
| State and Zip Code | NY 10006 |
| Telephone Number | 212-920-1247 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Jack Gross |
| Job or Title *(if known)* | Co-Managing Attorney |
| Street Address | 1 Liberty Plaza, STE 401 |
| City and County | New York |
| State and Zip Code | NY 10006 |
| Telephone Number | 212-920-1247 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Jason Rebhun |
| Job or Title *(if known)* | Co-Managing Attorney |
| Street Address | 1 Liberty Plaza, STE 401 |
| City and County | New York |
| State and Zip Code | NY 10006 |
| Telephone Number | 212-920-1247 |

E-mail Address *(if known)* ______________________

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

______________________

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Camara Shackleford, is a citizen of the State of *(name)* Maryland.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________. Or is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation

The defendant, *(name)* Consumer Legal Group PC, is incorporated under the laws of the State of *(name)* New York, and has its principal place of business in the State of *(name)* New York.

Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* New York.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount at stake is more than $75,000 because Ms. Shackleford enrolled 14 accounts totaling $45,531.99. Ms. Shackleford's bank account was automatically debited for a total of $13,451.28 during the period from June 12, 2023 thru May 30, 2025. Ms. Shackleford has civil judgments and leins on her property. Ms. Shackleford is claiming fraud for $2 mil.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Tony Diab a disbarred attorney confessed to deceptive business practices and training Jason Rebhun on how to defraud clients. Consumer Legal Group P.C (CLG) baited and switched Ms. Shackleford contract without her knowledge. Ms. Shackleford was involved in multiple lawsuits and CLG failed to represent her at any time. Ms. Shackleford was entitled to a refund and CLG dismissed her claim and rejected her refund.

See attached.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Ms. Shackleford requests that the court enter judgment against CLG and award Ms. Shackleford the following relief:
• Compensatory Damages: An amount in excess of $75,000 to compensate for pain, suffering, and lost income.
• Punitive Damage: $2 mil to cover for breach of contract, intentional deception, misrepresentation and fraud.
• Costs: The costs of this lawsuit with interest.

Jury Trial: Ms. Shackleford requests a trial by jury on all issues.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/02/2026

Signature of Plaintiff Camara Shackleford

Printed Name of Plaintiff Camara Shackleford

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______
Printed Name of Attorney ______
Bar Number ______
Name of Law Firm ______
Street Address ______
State and Zip Code ______
Telephone Number ______
E-mail Address ______

DIVERSITY OF CITIZENSHIP (THE DEFENDANTS)

The defendant, Aryeh Weber, is incorporated under the laws of the State of New York, and has his principal place of business in the State of New York.

The defendant, Jack Gross, is incorporated under the laws of the State of New York, and has his principal place of business in the State of New York.

The defendant, Jason Rebhun, is incorporated under the laws of the State of New York, and has his principal place of business in the State of New York.

Breach of Contract

1. On or about June 7, 2023, Ms. Shackleford received a phone call and the caller informed her that she was calling from Consumer Legal Group P.C. The woman asked Ms. Shackleford did she want to seek "debt invalidation services." She asked Ms. Shackleford if she could pull her credit report to figure which debts could be enrolled. The woman said that Ms. Shackleford could enroll 14 debts and she doesn't have to make payments because CLG will dispute the debts and after 2 years if any of the debts remain open then she would be entitled to a refund. The woman then said she was sending Ms. Shackleford a contract via email to read and that CLG could not debit her account until 5 days after she signs the contract. Ms. Shackleford electronically signed the contract on or about June 7, 2023.

2. Ms. Shackleford read the contract and it stated "If, at the end of the debt resolution process, Consumer Legal Group is unable to invalidate or resolve one or more of your accounts, you would likely be entitled to a refund for the fees paid for that or those accounts wherein Consumer Legal Group was unsuccessful in its efforts."

3. On or about October 10, 2023, Ms. Shackleford received a phone call from a gentleman from CLG and he informed her that she was sent an email of the contract on or about September 15, 2023 and he noticed that she did not sign it. The gentleman said that there was an added line on the contract for Ms. Shackleford's initials on the "Program Acknowledgment" page and asked Ms. Shackleford to initial that page and sign everywhere else Ms. Shackleford had already signed. Unbeknownst to Ms. Shackleford the contract was amended. CLG failed to disclose to Ms. Shackleford that the contract had major changes.

4. The contract states, "This agreement may not be modified except in writing by both parties." On or about October 10, 2023, CLG's representative deceived Ms. Shackleford about the contract that was emailed on or about September 15, 2023. CLG intentionally emailed Ms. Shackleford an unilateral contract in an attempt to dissolve the original contract.

5. The contract states that if Ms. Shackleford was to be sued that she would have legal representation. Ms. Shackleford was sued once in or around May 2024, 5 times in 2025 and she did not have legal representation. On May 2, 2025, Ms. Shackleford spoke with Jack Gross and made excuses why attorney representation was not needed and will not be provided. CLG failed to provide Ms. Shackleford with legal representation.

6. The contract states, CLG agrees to "Represent you in any lawsuit filed against you in connection with any of these debts; Defend you against any collection activity or lawsuit on any debt identified below at any point in time, without expiration." "In addition, if a lawsuit is filed against you, CLG will represent you in such a lawsuit and will not charge any additional fees for such representation provided such a lawsuit was initiated after the date you sign this

Agreement." CLG instructed Ms. Shackleford to attend court hearings without legal representation and continuously failed to provide legal representation for court hearings. Ms. Shackleford received an email on November 5, 2025 stating an account is in legal status and assistance is currently being provided. There was no legal assistance on any of the accounts where lawsuits were filed. As a result, Ms. Shackleford sustained judgments against her with interest and court costs.

7. The contract states, "This document is effective upon execution and expires upon settlement of debt, commencement of litigation, written revocation by a party, or within two years (730 days) of execution." The contract expired on May 30, 2025 and CLG intentionally deceived Ms. Shackleford to believe that she would have a local attorney for legal representation at a June 27, 2025 court proceeding.

## FTC Violation

8. CLG charged upfront fees before settling or reducing any of Ms. Shackleford's debts. CLG collected fees before they had successfully resolved any of Ms. Shackleford's debts. CLG failed to provide Ms. Shackleford with proof of what legal services she was being charged for.

9. Fees were charged and paid from June 12, 2023 until May 30, 2025, a duration of 730 days and CLG did not provide verification or documentation that any of the accounts were invalidated. On or about July of 2025, a representative from CLG called Ms. Shackleford and said, "We are calling you to go over your 14 accounts and to tell you that all accounts have been validated." The representative stated 14 accounts were validated and Ms. Shackleford has a total debt of $45k. CLG failed to provide debt invalidation services as specified in the contract.

10. Once a new client had signed up, executed the retainer and payment plan contract, and provided bank ACH information, CLG was responsible for servicing the client file. Diab confessed that CLG utilized software such as DebtPayPro ("DPP") to automate the dispute process, facilitate client communications, and track payment information. The correspondence sent on behalf of clients to creditors, collection agencies, and/or credit bureaus are automated and generic templates sent via U.S. Mail, facsimile, and/or email. Some cases resulted in the disputed debt being corrected on the client's credit report, some resulted in successful challenges based on consumer protection laws, and others resulted in debt settlement, which the client is responsible to pay in addition to the payment plan. Creating proprietary systems such as LUNA also facilitated Diab's scheme and LPG's fraudulent transfers of client files, ACH information, and ACH debit processing to Phoenix; Prime Logix; Greyson; CLG; Oakstone; Touzi; Eng; Teracel; PECC; and Guardian among others.

11. Diab confessed that to obtain consumer clients, CLG contracted with marketing companies/Marketing Affiliates, who knowingly engaged in illegal capping and would advertise or call to solicit consumers to become clients of CLG in exchange for payment of a percentage of the ACH Receivables collected by CLG from the consumers.

12. Diab confessed that CLG had conversations with various Marketing Affiliates/their principal owners about the illegal nature of the agreements that CLG had with them, but the Marketing Affiliates knowingly proceeded with the illegal agreements. In some instances, the Marketing Affiliates would generate fraudulent invoices to conceal the illegal nature of their feesharing agreements. The marketing companies would advertise to or call to solicit the consumers to become clients of CLG.

13. Diab, the Marketing Affiliates, and the principles for the Marketing Affiliates, discussed the "illegality" of these agreements at length and devised various ways in which to mask this illegality. Among those efforts were fraudulent Marketing Affiliate invoices that suggested payment for services rendered and mechanisms for the flow of money that avoided direct transactions between the law firm and the Marketing Affiliate by utilizing third parties.

14. Diab and his co-conspirators, including but not limited to Loli, Eng, Touzi, Teracel and PECC, caused thousands of LPG client files and/or their associated ACH receivables to be fraudulently transferred, sold, or both. In many instances, these ACH receivables were transferred and/or sold several times over to investors, MCA Lenders, Diab's non-debtor Alter Egos and others.

## Civil Fraud/Deceptive Practices Act

15. Tony Diab has been running the Litigation Practice Group (LPG) while Tony Diab being a disbarred attorney. Consumer Legal Group offer a similar service to Litigation Practice Group, known as debt validation. With a debt validation firm, the company would send debt validation letters to your creditors to force the creditors to validate the debt. CLG was associated with Tony Diab, Greyson Law Center, PC, Han Trinh and Jayde Trinh among others. Tony Diab and Han Trinh trained Sam Geiger and Jason Rebhun, among others at CLG, on LPG's business practices following LPG's transfer of client files to CLG. CLG was using LPG's attorney network, misappropriated by Greyson, and paying Greyson an exorbitant fee for doing so. CLG was the source of double debits initiated on fraudulently transferred LPG client files. CLG refused to provide refunds to customers. CLG, Jack Gross and Jason Rebhun intentionally failed to provide Ms. Shackleford a refund. On November 5, 2025, Chris O emailed Ms. Shackleford confirmation that all her debts could not be invalidated.

16. CLG admits it was the recipient of former LPG client files transferred. Diab sent an email to Han and others discussing the "hard part" of the fraudulent transfer of LPG client files. Diab,

Han and Jayde had divvied up the client files to be transferred to nondebtor entities, including but not limited to CLG, Phoenix, and Oakstone. Diab sent an email to Han Trinh, introducing her to Jason Rebhun and Sam Geiger of CLG.

12. Diab provided Mr. Geiger and Mr. Rebhun with training on how to handle "no lawsuit assignment and tracking." The training provided by Diab and Han occurred on or about February 2, 2023 and included Mr. Geiger and Mr. Rebhun. Mr. Rebhun asked Han and Diab to provide LPG's standard engagement letters for local counsel. Ms. Shackleford received no legal representation on the six lawsuits filed against her due to her not being represented she was issued judgments in favor of the creditors, liens on her property and court costs with interest.

13. Optimum notified CLG and its principals, Shlome Feig and Aryeh Weber, that it was terminating CLG access to Optimum's ACH origination services. Optimum terminated its relationship with CLG "due to repeated violations of the NACHA Operating Rules and repeated fraudulent or unauthorized pushed ACH debits." CLG initiated and pushed through unauthorized ACH debits on fraudulently transferred LPG client files.

14. Specifically, Diab acknowledges and details, in the Stipulation, that he was the creator of and one of the masterminds behind the illegal enterprise that interested parties around the country have come to know as LPG. The Stipulation represents Diab's first steps towards making "amends" for the extreme wrong doings he took over the years.

15. Diab's scheme began to crumble in late 2022, and LPG's outstanding debt became insurmountable, Diab designed the fraudulent scheme to protect LPG's most valuable assets and Diab's golden goose – LPG's ACH debits and nationwide attorney network.

16. Diab used the law license of March who, at times, masqueraded as the managing shareholder of LPG but exercised no actual management or control. Diab sometimes impersonated March and regularly signed as March on various contracts. Ms. Shackleford reviewed documents that mimicked the same behavior on documents submitted by CLG that displayed Aryeh Weber's signature.

17. LPG's primary DocuSign account was tied to Diab's email address, admin@lpglaw.com, where Diab signed numerous contracts as March. Ms. Shackleford witnessed this behavior where she emailed Jack Gross directly but another attorney by the name of Nicholas James answered the email directly when he was not included in the email. Ms. Shackleford received responses from "Solutions Team Members" regarding legal questions where an attorney is skilled to provide the answer.

18. In or around January 2023, Diab began to implement his scheme to fraudulently transfer LPG's client files and their associated ACH debits with the assistance of Loli, Matt Buchner, Keneth Hu, and Reid Wood ("Wood") (collectively referred to as the "Co-conspirators") among

others. In addition, and in order to facilitate these transfers, Diab, Eng, Loli, Han Trinh ("Han"), and Jayde Trinh ("Jayde"), among others, created entities including Phoenix, Oakstone, Greyson, Consumer Legal Group, Guardian Processing, and Maverick Management. Diab confessed that he created CLG as a means to continue to defraud consumers. As a result, CLG solicited Ms. Shackleford's as a customer knowing that the services as advertised (debt invalidation) were not attainable.

19. Diab confessed to ensuring LPG's most valuable assets - its employees and network of attorneys - signed on with Diab's new entities including Greyson, Phoenix, Oakstone and Consumer Legal Group, among others. CLG recruited prior LPG employees in critical roles including attorneys and "settlement officers." Ms. Shackleford was in contact with Nicholas James, Clodia, a paralegal from New Jersey and Piper Conway, an attorney admitted to practice law in Massachusetts and New York.

20. Another Diab alter ego, EZ, was set up by Diab and one of his former LPG employees, James Hinson ("Hinson"), in September of 2022. Diab controlled everything EZ did, including EZ's bank accounts. EZ operated similarly to the other Diab alter egos. EZ had an affiliate agreement with CLG.

21. In addition to diverting millions of dollars to third parties, Diab has transferred LPG's entire business and ACH debits to non-debtor entities free of LPG's obligations to its creditors. These non-debtor entities are alter egos of Diab and include Oakstone, Phoenix, Consumer Legal Group, Vulcan Consulting, Prime Logix, Maverick Management, Guardian Processing, LGS Holdco, Coast Processing, Strategic Consulting Solutions LLC, EZ Debt Relief, Inc., among other non-debtor entities (collectively, the "Diab Alter Egos").

22. As he did with LPG, Diab controlled and operated the Diab Alter Egos, despite them being nominally owned by licensed attorneys who were in fact renting their license for unsustainable salaries. This included Aryeh Weber for Consumer Legal Group, Scott Eadie for Oakstone, and Ty Carrs for Phoenix. Ms. Shackleford was defrauded by Aryeh Weber to believe that she would receive favorable debt resolution services but instead lost more than what she started with. Ms. Shackleford paid for debt invalidation services on 14 accounts only to receive an email on November 5, 2025 confirming that the 14 accounts could not be invalidated.

23. In January and February 2023, Diab purchased a shell corporation and the website domain phoenixlaw.co and registered the business with the Better Business Bureau. Similarly, around the same time, Diab set up Oakstone with his business partner Wes Thomas ("Thomas"), and Eng, to run LPG's business through these new entities. The same had been done with Consumer Legal Group in July 2022, which became another fraudulent transferee in January and February 2023. Diab had an indirect interest in Oakstone, CLG, and Phoenix and stood to earn substantial

sums from the operation of these law firms in which Diab, a disbarred attorney, is unable to hold an ownership interest.

24. Tony Diab made this confession in Litigation Practice Group PC Bankruptcy Adversary Proceeding. As a result of CLG's intentional fraudulent business practices, false claims of debt invalidation services and misrepresentation, Ms. Shackleford incurred reduced income earnings, pain and suffering and loss of economic stability. Ms. Shackleford was solicited by CLG at the time CLG started operating as Diab's alter-ego. CLG schemed Ms. Shackleford and others, misrepresented debt validation services and made fraudulent contracts. Ms. Shackleford was in a contract from June 7, 2023 and expired on May 30, 2025 and as recently as November 5, 2025, Chris O from CLG emailed Ms. Shackleford and informed her that all her debts that were serviced by CLG are valid and could not be invalidated. Ms. Shackleford has suffered a major credit score loss, fell behind on bills, received judgments and liens on her property. Ms. Shackleford is requesting all relief sought.

Camara Shackleford

Camara Shackleford

323 Torner Rd

Essex, MD 21221

443-992-9422

Camara.shack@gmail.com

,